UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDABEL HOSPITALITY, INC.,

                Plaintiff,

-v-

MT. HAWLEY INSURANCE CO.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 5077 (ALC) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the Initial Case Management Conference held yesterday, July 17, 2025, a telephonic discovery status conference is scheduled for **Monday, October 6, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
             July 18, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**