**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IDABEL HOSPITALITY, INC.,** *doing business as COMFORT SUITES,*<br><br>                    **Plaintiff,**<br><br>          -against-<br><br>**MT HAWLEY INSURANCE COMPANY,**<br><br>                    **Defendant.** | **1:25-cv-05077 (ALC) (SLC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 5, 2025, Defendant filed a letter with this Court requesting a pre-motion conference on a proposed motion to partially dismiss.  ECF No. 71.  Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position.  Accordingly, Plaintiff is **ORDERED** to respond to Defendant's letter motion by **September 18, 2025**, indicating its position.

**SO ORDERED.**

**Dated:**     **September 15, 2025**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**