UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IDABEL HOSPITALITY, INC.,** *doing business as* **COMFORT SUITES**,<br><br>                              Plaintiff,<br><br>-against-<br><br>**MT HAWLEY INSURANCE COMPANY,**<br><br>                              Defendant. | **1:25-cv-05077 (ALC) (SLC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the request from Defendant for a pre-motion conference in relation to its anticipated motion to dismiss. ECF No. 71. Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** leave to file its motion. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

Defendant's opening brief due by **October 10, 2025**

Plaintiff's opposition brief due by **October 31, 2025**

Defendant's reply brief due by **November 14, 2025**

**SO ORDERED.**

Dated:   September 19, 2025
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**