UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDABEL HOSPITALITY, INC.,

                Plaintiff,

-v-

            CIVIL ACTION NO. 25 Civ. 5077 (ALC) (SLC)

MT. HAWLEY INSURANCE CO.,

            **POST-CONFERENCE ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the Telephonic Status Conference held today, October 6, 2025, a telephonic discovery status conference is scheduled for **Wednesday, December 3, 2025 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
               October 6, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**