UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**IDABEL HOSPITALITY, INC.,** *doing business as* **COMFORT SUITES**,

                      Plaintiff,

-against-

**MT HAWLEY INSURANCE COMPANY,**

                      Defendant.

1:25-cv-05077 (ALC) (SLC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    On October 31, 2025, Plaintiff filed a letter with this Court requesting a pre-motion conference on filing a proposed first amended complaint. ECF No. 84. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Defendant is **ORDERED** to respond to Defendant's letter motion by **November 6, 2025**, indicating its position.

**SO ORDERED.**

Dated:    November 3, 2025
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**