USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/10/25 _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IDABEL HOSPITALITY, INC.,** *doing business as COMFORT SUITES*,

        **Plaintiff,**

    **-against-**

**MT HAWLEY INSURANCE COMPANY,**

        **Defendant.**

---

**1:25-cv-05077 (ALC) (SLC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the request from Plaintiff for a pre-motion conference in relation to its request to file a fourth amended complaint if this Court grants Defendant's motion for partial dismissal under Rule 12(b)(6). ECF No. 84. Both parties have included their positions on this issue in the briefing on the motion to dismiss. ECF Nos. 83, 87. Accordingly, Plaintiff's request for a pre-motion conference is **DENIED**. The Court will address the matter when it issues its decision on the motion to dismiss.

**SO ORDERED.**

**Dated:** **November 10, 2025**
    **New York, New York**

            _____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**