UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDABEL HOSPITALITY, INC.,

                    Plaintiff,

     -v-                                                    CIVIL ACTION NO. 25 Civ. 5077 (ALC) (SLC)

MT. HAWLEY INSURANCE CO.,                                   **POST-CONFERENCE ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, December 3, 2025, a telephonic discovery status conference is scheduled for **Monday, January 12, 2026 at 12:15 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              December 3, 2025

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**