UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDABEL HOSPITALITY, INC.,

                    Plaintiff,

    -v-

MT. HAWLEY INSURANCE CO.,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 5077 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discussion at the telephonic conference held yesterday, January 12, 2026, a telephonic discovery status conference is scheduled for **Thursday, March 12, 2026 at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            January 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**