UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDABEL HOSPITALITY, INC.,

                 Plaintiff,

  -v-

MT. HAWLEY INSURANCE CO.,

                 Defendant.

CIVIL ACTION NO. 25 Civ. 5077 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is aware that the parties have expressed an interest in participating in a settlement conference. Accordingly, the parties shall be prepared to discuss the timing and format for a settlement conference at the previously scheduled status conference on **Thursday, March 12, 2026 at 2:15 p.m. ET** on the Court's conference line. (See Dkt. No. 91). The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
            February 4, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**