UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDABEL HOSPITALITY, INC.,

                    Plaintiff,

   -v-                                                          CIVIL ACTION NO. 25 Civ. 5077 (ALC) (SLC)

                                                                **ORDER**

MT. HAWLEY INSURANCE CO.,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, May 12, 2026, the fact discovery deadline is EXTENDED to **Wednesday, June 10, 2026** only for purposes of (i) completing Mr. Avila's deposition and (ii) Plaintiff's production of maintenance records for the period from December 14, 2023 to December 31, 2025. By **Wednesday, June 17, 2026**, the parties shall file a letter certifying the completion of fact discovery. The expert discovery deadline remains **June 30, 2026**. **By Tuesday, July 7, 2026**, the parties shall file a letter certifying the completion of all discovery.

Dated:        New York, New York
              May 12, 2026

                                                                SO ORDERED.

                                                                _____
                                                                **SARAH L. CAVE**
                                                                **United States Magistrate Judge**