UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDABEL HOSPITALITY, INC., *doing business as COMFORT SUITES*,

                              Plaintiff,

              -against-

MT HAWLEY INSURANCE COMPANY,

                              Defendant.

---

1:25-cv-05077 (ALC) (SLC)

**ORDER OF
DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within ninety (90) days.

**SO ORDERED.**

Dated:    **June 17, 2026**
          **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**